# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00391-CV

**Hornback Construction, LLC, Appellant**

**v.**

**Jose Calderon d/b/a Triple J Construction, Appellee**

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 17-0808, THE HONORABLE JOE POOL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Hornback Construction, LLC has filed an agreed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Appellant's Motion

Filed: July 30, 2025